

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-20-00028-CV

**181 SOUTH HOMES INC.** and Ricardo Canales,
Appellants

v.

Henry **GARIBAY**, Individually, and d/b/a Hengar Unlimited,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07741
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The record in this appeal was due February 18, 2020; however, we granted the reporter, Craig Carter, an extension of time until March 19 to file the record. On March 26, 2019, Carter filed the first six volumes of the record and stated the remaining five volumes were not filed because he had not been paid the reporter's fee for preparing the record.

We **order** appellants, 181 South Homes, Inc. and Ricardo Canales, to provide written proof to this court by **April 14, 2020** that the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee. If appellants fail to respond within the time provided, appellants' brief will be due **April 29, 2020**, and the court will only consider those issues or points raised in the brief that do not require a complete reporter's record for a decision. See Tex. R. App. P. 37.3(c).

Craig Carter is advised that the record will be due fifteen days after appellants file the proof required by this order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2020.



Michael A. Cruz,
Clerk of Court